THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM RENJOIR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>CITY OF SEATTLE, CITY OF LONGVIEW and CITY OF TACOMA,<br><br>　　　　　Defendant. | CASE NO. C13-1203-JCC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, U.S. Magistrate Judge (Dkt. No. 3). No objections to the Report have been filed. The Court, after careful consideration of the plaintiff's complaint , the Report and Recommendation, the balance of the record, and the governing law, does hereby find and ORDER:

　　(1) The Report and Recommendation is ADOPTED and APPROVED.

　　(2) This case is DISMISSED with prejudice.

　　(3) Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is DENIED as moot.

　　(4) The Clerk of the Court is directed to send copies of this order to Plaintiff and to the Honorable James P. Donohue.

//

DATED this 19th day of August 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2